UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AZARAX, INC.<br>as successor in interest to<br>to 14 BIZ HOLDINGS and<br>CONVEYCOMMUNICATIONS S.A.<br>de C.V.,<br>    *Plaintiff and Counterclaim*<br>    *Defendant*<br><br>v.<br><br>WIRELESS COMMUNICATIONS<br>VENTURE, LLC; STEVE KATKA;<br>CHERYL SCAPANSKI; WILLIAM<br>SYVERSON; CHRISTIAN<br>BORRMAN; ANTONIO GARZA;<br>STINSON LEONARD STREET LLP;<br>BENTON COOPERATIVE<br>TELEPHONE COMPANY;<br>CENTRAL LTE HOLDINGS LLC;<br>AND CENTRAL STEARNS COMSIS,<br>INC. D/B/A ALBANY MUTUAL<br>TELEPHONE ASSOCIATION;<br>    *Defendants and Counterclaim*<br>    *Plaintiff,*<br><br>v.<br><br>NICOLAS BARRERA, GUY<br>ROSBROOK, and GARRY<br>DONOGHUE,<br>    *Third Party Defendants*. | CIVIL ACTION NO. 16-cv-03228-JRT-LIB<br><br>**[PROPOSED] ORDER** |

    Upon stipulation of Azarax, Inc., Wireless Communications Venture, LLC, Steve Katka, Cheryl Scapanski, Benton Cooperative Telephone Company, Central LTE Holdings LLC, Central Stearns Comsis, Inc., Albany Mutual Telephone Association, and Nicolas Barrera [Dkt. 160],

**IT IS HEREBY ORDERED AS FOLLOWS:**

US.119124971.01

1. All claims asserted against Defendants Wireless Communications Venture, LLC, Steve Katka, Cheryl Scapanski, Christian Borrman, Antonia Garza, Benton Cooperative Telephone Company, Central LTE Holdings LLC, Central Stearns Comsis, Inc., and Albany Mutual Telephone Association in this Action are dismissed with prejudice and on the merits;

2. Counts I, II, III, IV, VI, VII, and VIII of the Amended Complaint in this Action are dismissed with prejudice and on the merits as against all Defendants;

3. All counterclaims asserted against Plaintiff Azarax, Inc. in this Action are dismissed with prejudice and on the merits;

4. All third-party claims asserted against Nicolas Barrera, Guy Rosbrook, and Gary Donoghue in this Action are dismissed with prejudice and on the merits;

5. Each party to this Stipulation will bear its own attorneys' fees, costs, and expenses as to the claims being dismissed.

**SO ORDERED.**

Dated: _____, 2018

_____
The Honorable Chief Judge John R. Tunheim
District of Minnesota

US.119124971.01